ALBERT REED, as Administrator of the Estate of JAMES B. WILEY, Deceased, Respondent, *v.* EDRICK FARRAND et al., Appellants.

*Reed* v. *Farrand*, 134 App. Div. 909, affirmed.
(Argued May 2, 1910; decided May 17, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 9, 1909, affirming a judgment in favor of plaintiff entered

upon a verdict and an order denying a motion for a new trial in an action of ejectment.

*Charles S. Kent* for appellants.

*Charles McLouth* and *George O. Baker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.